IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CODING TECHNOLOGIES, LLC | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No: 2:17-CV-00616-JRG-RSP |
| KELLER WILLIAMS REALTY, INC. | § § § | |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

The Court now considers the parties' Joint Motion to Stay All Deadlines and Notice of Settlement [Dkt. # 18]. The Court **GRANTS** the motion and, in order to provide time for the parties to finalize an agreement resolving the claims between them, **STAYS** all case deadlines until and including January 8, 2018. If dismissal papers have not been filed by that date, lead and local counsel for the parties must appear for a show-cause hearing on January 10, 2018, at 9:00 a.m.

A party's lack of payment is not an adequate ground for delaying dismissal papers or continuing the show-cause hearing, nor is a settlement agreement that conditions dismissal on full payment. If the parties want the Court to retain jurisdiction to enforce the settlement agreement, the proposed dismissal order should contain a provision to that effect. *See Hosp. House, Inc. v. Gilbert*, 298 F.3d 424, 431 (5th Cir. 2002) ("a district court has ancillary jurisdiction to enforce a settlement agreement only if the court makes the agreement part of its dismissal order").

**SIGNED this 12th day of December, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE