# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CODING TECHNOLOGIES, LLC § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> KELLER WILLIAMS REALTY, INC. § <br> § <br> Defendant. § <br> _____ § | Case No: 2:17-CV-616-JRG-RSP |

## JOINT STIPULATION OF DISMISSAL

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Coding Technologies, LLC and Defendant Keller Williams Realty, Inc. jointly move the Court to dismiss all of Plaintiff's claims against Keller Williams Realty, Inc. with prejudice and Defendant's counterclaims without prejudice with each party to bear its own attorneys' fees and costs. The parties request that the Court enter the proposed order of dismissal submitted herewith.

Dated: January 19, 2018                                                                 Respectfully submitted,

/s/*Jay Johnson*
**Jay Johnson**
State Bar No. 24067322
Brad Kizzia
State Bar No. 11547550
KIZZIA JOHNSON PLLC
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

*Counsel for Plaintiff Coding Technologies, LLC*

/s/*Bruce Charles Morris*
**Bruce Charles Morris**
Kane Russell Coleman & Logan PC Houston
Galleria Tower II
5051 Westheimer Rd.
Suite 1000
Houston, TX 77056
713-425-7450
Fax: 713-425-7700
Email: bmorris@krcl.com

*Counsel for Defendant Keller Williams Realty, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 19, 2018.

                                              */s/ Jay Johnson*
                                              Jay Johnson

## **CERTIFICATE OF CONFERENCE**

The undersigned counsel for Plaintiff certifies that he conferred with counsel for Defendant on January 19, 2018 and that Defendant does not oppose this motion.

                                              */s/ Jay Johnson*
                                              Jay Johnson