# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CODING TECHNOLOGIES, LLC | § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No: 2:17-CV-00616-JRG-RSP |
| KELLER WILLIAMS REALTY, INC. | § § | |
| Defendant. | § § § | |

## ORDER OF DISMISSAL

The Court now considers the parties' Joint Stipulation of Dismissal Under Fed. R. Civ. P. 41(a)(1)(A)(ii) [Dkt. # 22]. In light of the joint stipulation, the Court **DISMISSES** Plaintiff's claims against Defendant Keller Williams Realty, Inc. **WITH PREJUDICE** and Defendant's counterclaims against Plaintiff **WITHOUT PREJUDICE**, with each party to bear its own attorneys' fees and costs.

**SIGNED this 20th day of January, 2018.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE